IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            No. CIV 14-0579 JB/CG

ROBERT L. RIVERA, LINDA K. RIVERA,
and the NEW MEXICO DEPARTMENT OF
TAXATION AND REVENUE,

    Defendants.

## **FINAL JUDGMENT**

    **THIS MATTER** comes before the Court on its Memorandum Opinion and Order, filed June 30, 2015 (Doc. 27)("MOO").  The MOO granted summary judgment in favor of Plaintiff United States of America and ordered the judicial sale, pursuant to 26 U.S.C. § 7403(c), of the Sandoval County, New Mexico property that Defendants Robert L. Rivera and Linda K. Rivera own.  The MOO having disposed of all claims, the Court now enters final judgment.

    **IT IS ORDERED** that: (i) the Sandoval County, New Mexico property that Defendants Robert L. Rivera and Linda K. Rivera own be subject to judicial sale under 26 U.S.C. § 7403(c); and (ii) final judgment is entered.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE

*Counsel and parties*:

Waymon G. DuBose, Jr.
Tax Division
United States Department of Justice
Dallas, Texas

    *Attorneys for the Plaintiff*

Robert L. Rivera
Placitas, New Mexico

    *Pro se Defendant*

Linda K. Rivera
Placitas, New Mexico

    *Pro se Defendant*

Lewis J. Terr
New Mexico Department of Taxation & Revenue
Santa Fe, New Mexico

    *Attorneys for Defendant New Mexico Department of Taxation and Revenue*